# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2013

146698 & (26)(27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TRAVIS RASZKOWSKI and AMANDA
NOWACZEWSKI, individually and as
next friend of CAMERON WYATT and
MAEKALA WYATT,
                 Plaintiffs-Appellees,

v

                                   SC: 146698
                                   COA: 312768

CONSUMERS ENERGY COMPANY,
                 Defendant-Appellant.
                                   Oakland CC: 2009-103148-NO

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay is DENIED.

       VIVIANO, J., not participating.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2013
h0305
                                            Clerk